Decided June 23, 2004

EILEEN N. GRECO *v.* GEORGE GRECO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 82 Conn. App. 768 (AC 22797), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court had abused its discretion in fashioning its financial orders?"

The Supreme Court docket number is SC 17220.

*William F. Gallagher*, in support of the petition.

*James R. Greenfield* and *Kelly P. Lutz Mai*, in opposition.

Decided June 30, 2004